# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14-CV-00056

| | |
|---|---|
| RECYCLING EQUIPMENT INCORPORATED., | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER** |
| E RECYCLING SYSTEMS, LLC, | )<br>)<br>)<br>) |
| **Defendant.** | )<br>)<br>) |
| ZLOOP, INC. | )<br>)<br>) |
| **Plaintiff**, | )<br>)<br>) |
| v. | )<br>) |
| E RECYCLING SYSTEMS, LLC AND JAMES CUNNINGHAM | )<br>)<br>) |
| **Defendants** | )<br>)<br>) |
| E RECYCLING SYSTEMS, | )<br>)<br>) |
| **Counterclaim-Plaintiff,** | )<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| ROBERT BOSTON, ROBERT LABARGE | )<br>)<br>) |
| **Counterclaim-Defendants,** | )<br>) |

1

**BEFORE THE COURT** is Robert Boston and Robert LaBarge's "Motion to Dismiss." (Doc. 54). The Motion seeks dismissal of the counterclaims asserted by E Recycling Systems. *Id.* On March 9, 2016, E Recycling Systems voluntarily dismissed its counterclaims. (Doc. 57). Accordingly, the Motion to Dismiss is denied as **MOOT.**

**SO ORDERED.**

Signed: April 12, 2016

Richard L. Voorhees
United States District Judge