# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Recycling Equipment, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:14-cv-00056-RLV-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Robert LaBarge | ) | |
| Robert Boston | | |
| E Recycling Systems, LLC, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 30, 2017 Order.

June 30, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court